# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELJIPIDIO ARROYO,

       v.

GERBER COLLISION AND GLASS.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1909

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED

that Defendant's motion for summary judgment is GRANTED, and the above-entitled matter is hereby DISMISSED with prejudice.


     January 8, 2009                                        BRUCE RIFKIN
                                                                                           Clerk

                                                                          __/s Mary Duett_____
                                                                          By, Deputy Clerk